BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:12-MC-00002-WBS-KJN |
| Plaintiff, | ) |
| v. | ) |
| | ) STIPULATION AND ORDER EXTENDING |
| APPROXIMATELY $56,698.35 in U.S. CURRENCY, SEIZED FROM SAFE CREDIT UNION ACCOUNT NUMBER 486173, HELD IN THE NAME RIVER CITY COOPERATIVE CORP, and | ) TIME FOR FILING A COMPLAINT FOR ) FORFEITURE AND/OR TO OBTAIN AN ) INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $23,507.00 in U.S. CURRENCY, SEIZED FROM SAFE CREDIT UNION ACCOUNT NUMBER 486261, HELD IN THE NAME RIVER CITY COOPERATIVE CORP, | ) |
| Defendants. | ) |

It is hereby stipulated by and between the United States of America and potential claimant River City Cooperative Corporation, ("claimant"), by and through their respective attorneys, as follows:

1. On or about November 18, 2011, claimant filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $56,698.35 in

1  U.S. Currency seized from Safe Credit Union Account Number 486173
2  and Approximately $23,507.00 in U.S. Currency seized from Safe
3  Credit Union Account Number 486261 (the "defendant funds"), which
4  were seized on or about September 23, 2011.
5      2.  The Internal Revenue Service has sent the written notice
6  of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all
7  known interested parties.  The time has expired for any person to
8  file a claim to the defendant funds under 18 U.S.C. §
9  983(a)(2)(A)-(E), and no person other than the claimants have
10 filed a claim to the defendant funds as required by law in the
11 administrative forfeiture proceeding.
12     3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is
13 required to file a complaint for forfeiture against the defendant
14 funds and/or to obtain an indictment alleging that the defendant
15 funds are subject to forfeiture within 90 days after a claim has
16 been filed in the administrative forfeiture proceedings, unless
17 the court extends the deadline for good cause shown or by
18 agreement of the parties.  That deadline is currently February 16,
19 2012.
20     4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
21 by agreement to extend to May 16, 2012, the time in which the
22 United States is required to file a civil complaint for forfeiture
23 against the defendant funds and/or to obtain an indictment
24 alleging that the defendant funds are subject to forfeiture.
25     5.  Accordingly, the parties agree that the deadline by which
26 the United States shall be required to file a complaint for
27 forfeiture against the defendant funds and/or to obtain an
28 ///

indictment alleging that the defendant funds are subject to forfeiture shall be extended to May 16, 2012.

BENJAMIN B. WAGNER
United States Attorney

DATE: 1/13/2012     By: /s/ Kevin C. Khasigian
                        KEVIN C. KHASIGIAN
                        Assistant U.S. Attorney

DATE: 1/12/2012     By: /s/ Donald H. Heller
                        DONALD H. HELLER
                        Attorney for Claimant
                        River City Cooperative Corp.
                        By Linda M. Catabran, President
                        & CEO

                        (Original signatures retained by attorney)

**IT IS SO ORDERED.**

DATE:   January 17, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE