```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KEVIN C. KHASIGIAN
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone:  (916) 554-2700

 5  Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | 2:12-MC-00002-WBS-KJN |
| Plaintiff,                            ) | |
| v.                                    ) | STIPULATION AND ORDER EXTENDING |
| APPROXIMATELY $56,698.35 in U.S.      ) | TIME FOR FILING A COMPLAINT FOR |
| CURRENCY, SEIZED FROM SAFE CREDIT     ) | FORFEITURE AND/OR TO OBTAIN AN |
| UNION ACCOUNT NUMBER 486173,          ) | INDICTMENT ALLEGING FORFEITURE |
| HELD IN THE NAME RIVER CITY           ) | |
| COOPERATIVE CORP, and                 ) | |
| APPROXIMATELY $23,507.00 in U.S.      ) | |
| CURRENCY, SEIZED FROM SAFE CREDIT     ) | |
| UNION ACCOUNT NUMBER 486261,          ) | |
| HELD IN THE NAME RIVER CITY           ) | |
| COOPERATIVE CORP,                     ) | |
| Defendants.                           ) | |

It is hereby stipulated by and between the United States of America and potential claimant River City Cooperative Corporation, ("claimant"), by and through their respective attorneys, as follows:

1.  On or about November 18, 2011, claimant filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $56,698.35 in

U.S. Currency seized from Safe Credit Union Account Number 486173 and Approximately $23,507.00 in U.S. Currency seized from Safe Credit Union Account Number 486261 (the "defendant funds"), which were seized on or about September 23, 2011.

    2.  The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants have filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

    3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is currently February 16, 2012.

    4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to May 16, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

    5.  Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an
///

Stipulation and Order to Extend Time for Filing a Complaint

indictment alleging that the defendant funds are subject to forfeiture shall be extended to May 16, 2012.

BENJAMIN B. WAGNER
United States Attorney

DATE: 1/13/2012          By:    /s/ Kevin C. Khasigian
                                KEVIN C. KHASIGIAN
                                Assistant U.S. Attorney


DATE: 1/12/2012          By:    /s/ Donald H. Heller
                                DONALD H. HELLER
                                Attorney for Claimant
                                River City Cooperative Corp.
                                By Linda M. Catabran, President & CEO

                                (Original signatures retained by attorney)

**IT IS SO ORDERED.**

DATE:   January 17, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE